IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTHONY D. LANDINGHAM : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00685 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| UNITED STATES POSTAL SERVICE, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Having reviewed this matter de novo, pursuant to Title 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be thorough, well-reasoned, and correct. Accordingly, the Court hereby ADOPTS the Magistrate Judge's report (doc. 10), AFFIRMS the Magistrate Judge's recommended decision and DISMISSES WITH PREJUDICE this case from the Court's Docket.  Further, this Court CERTIFIES pursuant to 28 U.S.C. § 1915(a) that an appeal from this Order adopting the Magistrate Judge's Report and Recommendation would not be taken in good faith for purposes of granting Plaintiff leave to appeal in forma pauperis.


9/20/05                                                                                       James Bonini, Clerk


                                                                                              s/Kevin Moser
                                                                                              Kevin Moser
                                                                                              Deputy Clerk